UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHOENICIA SPORTS & ENTERTAINMENT, LLC.<br><br>Plaintiff(s),<br><br>vs<br><br>JUSTICE ENTERTAINMENT GROUP, INC.,<br><br>Defendant(s). | Case # 2:13-CV-549-JAD-VCF<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, August 12, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 2nd day of June, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE